Dewayne HULSEY

v.

Willis SARGENT.

No. PB–C–81–2.

United States District Court,
E.D. Arkansas,
Western Division.

Aug. 10, 1994.

Everett C. Johnson, Jr., Latham & Watson, Washington, DC, for plaintiff.

Jack Ward Gillean, Office of the Governor, State of Ark., Little Rock, AR, for defendant.

### *JUDGMENT*

EISELE, District Judge.

Pursuant to this Court's memorandum opinion of April 15, 1993, and the Notice of Decision Regarding Resentencing filed on July 27, 1994, upon entry of the Eighth Circuit's judgment affirming this Court's memorandum opinion on April 4, 1994, it is hereby ORDERED AND ADJUDGED that the relief sought in this case is granted, and the Writ of Habeas Corpus shall issue forthwith

11. The Court wishes to acknowledge the exceptionally high quality and the thoroughness of

mandating the sentence of life without parole for petitioner.